UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                               :
PHILADELPHIA INDEMNITY INSURANCE  :
COMPANY,                                 :
                              :    19-CV-8658 (JMF)
             Plaintiff,              :
                              :    <u>ORDER</u>
    -v-                             :
                              :
DEOGENE MEZA et al.,               :
                              :
           Defendants.        :
                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the telephone conference held earlier today, Plaintiff's motion for default judgment is DENIED. That said, the defaulting Defendants — Deogene Meza, Melody Meza, Futures Group IT LLC, Futures Group Holdings Inc., and Futures Group Staffing Solutions, Inc. — have forfeited their right to appear in this litigation and will be bound by any judgment ultimately entered in this case. *See, e.g.*, *Aspen Ins. UK Ltd. v. A & R Able Corp.*, No. 12-CV-261 (AJN), 2013 WL 10897793, at *1 (S.D.N.Y. Jan. 2, 2013).

      Plaintiff and the appearing Defendants, Eric Rosenthal and Nicholas Cascio, shall submit a joint letter and revised proposed case management plan no later than **May 26, 2020**.

      The Clerk of Court is directed to terminate ECF No. 54.

      SO ORDERED.

Dated: May 21, 2020
       New York, New York
                                                   JESSE M. FURMAN
                                            United States District Judge