UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PHILADELPHIA INDEMNITY INSURANCE :
COMPANY, :
:
                       Plaintiff, :        19-CV-8658 (JMF)
:
      -v- :        ORDER
:
DEOGENE MEZA et al., :
:
                     Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As discussed, and for the reasons stated, on the record during the conference conducted by telephone earlier today:

- All dates and deadlines in this case are STAYED; and

- Fact and expert discovery are CLOSED.

     **The Clerk of Court is directed to administratively close the case**, without prejudice to either party moving to reopen **within 30 days** of any material development in the underlying liability action in state court. In any motion to reopen, the moving party shall indicate (1) whether they believe expert discovery is necessary, and, if so, describing why that is the case and proposing a schedule to conduct such discovery; (2) regardless of the necessity for expert discovery, proposing next steps for resolving this case, including, if appropriate, a briefing schedule for summary judgment motion practice.

     SO ORDERED.

Dated: December 17, 2020
       New York, New York
                                              JESSE M. FURMAN
                                         United States District Judge